

RECEIVED
IN ALEXANDRIA, LA
APR 23 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| GARY SEWELL | CIVIL ACTION NO. 07-1481-A |
| -vs- | JUDGE DRELL |
| NOLAN JAMES HAMMOND and HAMMOND LAW OFFICE | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record, including the objections filed herein, and having determined that the findings and recommendations are correct under the applicable law;

IT IS ORDERED that Plaintiff's civil rights complaint be and is hereby **DISMISSED WITH PREJUDICE**, as to a federal civil rights remedy, as frivolous and for failing to state a claim on which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B). All of Plaintiff's rights and any state law claims are, however, reserved.

SIGNED on this 23RD day of April, 2008, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE